**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-00291-LTB

GARY ADLER,

       Plaintiff,

v.

AMERICAN HOME MORTGAGE SERVICING, INC.,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiff's Unopposed Motion for Leave to File a First Amended Complaint (Doc 17 - filed April 10, 2012) is **GRANTED**.  The tendered First Amended Complaint is accepted for filing.

Dated:   April 11, 2012